1  Rachel R. Davidson (State Bar No. 215517)
   KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
2  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
3  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
4
   David A. Bateman (WSBA No. 14262)
5  (pro hac vice)
   Shaakirrah R. Sanders (WSBA No. 37244)
6  (pro hac vice)
   KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
7  925 Fourth Avenue, Suite 2900
   Seattle, Washington 98104
8  Telephone: (206) 623-7580
   Facsimile: (206) 370-6145
9
   Attorneys for Plaintiff
10 MICROSOFT CORPORATION

**FILED**

AUG 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13  MICROSOFT CORPORATION, a            )  Case No. C-06-06710-WHA
14  Washington corporation,             )
                                        )  **[PROPOSED] ORDER REQUEST TO
15                         Plaintiff,   )  BE EXCUSED**
                                        )
        v.                              )
16                                      )
    LEONARD G. SOFSKY a.k.a LENNY       )
17  SOFSKY d/b/a SKYBUXS and            )
    SKYBUXSUNLIMITED,                   )
18                                      )
                         Defendant.     )
19  _____     )
20
21      Having considered plaintiff Microsoft Corporation's ("Microsoft") Request to be Excused,
    and all of the relevant papers on file with the Court in this matter,
22
23      IT IS HEREBY ORDERED that the request to be excused is granted.
24      IT IS FURTHER ORDERED that Matt Lundy, Microsoft's representative, has permission to
    attend the mediation scheduled on September 6, 2007, at 1 pm via telephone.
25
26      IT IS FURTHER ORDERED that Microsoft's counsel shall appear person.

    8/28/07 ———→    Wayne D. Brazil
                    U.S. Mag. Judge

PROPOSED ORDER REQUEST TO BE EXCUSED        Printed on Recycled Paper
Case No. C 06-06710 WHA