IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,
a Washington corporation,

    Plaintiff,

  v.

LEONARD G. SOFSKY a.k.a. LENNY SOFSKY d/b/a SKYBUXS and SKYBUXSUNLIMITED,

    Defendant.

No. C 06-06710 WHA

**ORDER CONFIRMING FINAL PRETRIAL CONFERENCE AND TRIAL**

The Court received plaintiff's letter of January 17, 2008, and held a hearing on January 24. Good cause has not been shown to modify the case management schedule. The case will be called for a pretrial conference on **FEBRUARY 4, 2008**, at **2:00 P.M.** and the trial will be called on **FEBRUARY 25, 2008, AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: January 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE