Rachel R. Davidson, (SBN #215517)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

David A. Bateman (*pro hac vice*)
Shaakirrah R. Sanders (*pro hac vice*)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 370-6690
Facsimile: (206) 370-6145

Attorneys for Plaintiff Microsoft Corporation

Leonard Sofsky
3831 SE Second Street
Ocala, Florida 34471

Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> LEONARD G. SOFSKY a.k.a LENNY SOFSKY d/b/a SKYBUXS and SKYBUXSUNLIMITED, <br><br> Defendant. | CV-06-6710-WHA <br><br> **STIPULATION AND ORDER FOR PERMANENT INJUNCTION** |

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Leonard Sofsky, that Defendant shall cease and refrain from engaging in any of the following

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 1
Case No. 06-06710

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

    a.    engaging in the business of advertising, distributing, and selling counterfeit computer software, including programs covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof;

    b.    advertising and distributing counterfeit Microsoft software in interstate commerce on the Internet by using any Internet auction site, including eBay (www.ebay.com); and

    c.    engaging in any other activity constituting an infringement of any of Microsoft's property rights, Registered or Unregistered Trademarks, servicemarks and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these property rights, trademarks, servicemarks, and/or copyrights.

Counsel for Microsoft Corporation, by her signature below, represents and warrants that she has the consent of Microsoft, has discussed this Stipulation and Order for Permanent Injunction with Microsoft, and has the authority to bind her respective client. Defendant, Leonard Sofsky, by his signature below, represents and warrants that he consents to this Stipulation and Order for Permanent Injunction and that, and this Stipulation and Order for Permanent Injunction is binding upon him.

//
//
//
//
//
//
//
//

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 2
Case No. 06-06710

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

1 DATED this 24 day of January, 2008.

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

By /s/ Shaakirrah R. Sanders
Shaakirrah R. Sanders
Attorney for Plaintiff
MICROSOFT CORPORATION

DATED this 24th day of January, 2008.

By /s/ Leonard Sofsky
Leonard Sofsky
Pro Se

K:\2000103\02954\21364_SRS\21364P201P

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 3
Case No. 06-06710

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this 28 day of ____January____, 2008.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge William Alsup]*

_____
The Honorable William H. Alsup
United States District Judge

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE - 3
Case No. 06-06710

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER