1  Rachel R. Davidson, (SBN #215517)
   KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
2  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
3  Telephone: (415) 882-8200
4  Facsimile: (415) 882-8220

5  David A. Bateman (*pro hac vice*)
   Shaakirrah R. Sanders (*pro hac vice*)
6  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   925 Fourth Avenue, Suite 2900
7  Seattle, WA 98104
   Telephone: (206) 623-7580
8  Facsimile: (206) 370-6110

9
10 Attorneys for Plaintiff Microsoft Corporation

11 Leonard Sofsky
   3831 SE Second Street
12 Ocala, Florida 34471

13 Pro Se

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br>　　　　　Plaintiff,<br><br>v.<br><br>LEONARD G. SOFSKY a.k.a LENNY SOFSKY d/b/a SKYBUXS and SKYBUXSUNLIMITED,<br>　　　　　Defendant. | ) CV-06-6716-WHA<br>)<br>)<br>) **STIPULATION AND ORDER FOR**<br>) **VOLUNTARY DISMISSAL WITH**<br>) **PREJUDICE**<br>)<br>)<br>)<br>)<br>) |

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Leonard Sofsky through their designated counsel of record, that the Complaint for Willful

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE - 1
Case No. 06-06710

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

1  Copyright Infringement in Violation of 15 U.S.C. §§ 501, *et seq.*, Willful Trademark
2  Infringement in Violation of 15 U.S.C. §§ 1114 *et seq.*, False Designation of Origin In
3  Violation of 15 U.S.C. §§ 1125 *et seq.*, Constructive Trust, and Accounting in the above-
4  entitled action be and hereby is dismissed, with prejudice, in its entirety pursuant to Rule 41
5  of the Federal Rules of Civil Procedure, including all claims and counterclaims against each
6  party, and that each party shall bear its own costs and attorneys' fees.

7      Counsel for Microsoft Corporation, by her signature below, represents and warrants
8  that she has the consent of Microsoft, has discussed this Stipulation and Order for Voluntary
9  Dismissal with Prejudice with Microsoft, and has the authority to bind her respective client.
10  Defendant, Leonard Sofsky, by his signature below, represents and warrants that he consents
11  to this Stipulation and Order for Voluntary Dismissal with Prejudice and that, and this
12  Stipulation and Order for Voluntary Dismissal with Prejudice is binding upon him.

13  DATED this 24 day of January, 2008.

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

By _____
Shaakirrah R. Sanders
Attorney for Plaintiff
MICROSOFT CORPORATION

DATED this 1 day of 24, 2008.

By _____
Leonard Sofsky
Pro Se

K:\2000103\02954\21364_SRS\21364P201Q

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE - 2
Case No. 06-06710

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this 28 day of January, 2008.

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge William Alsup]*

_____
The Honorable William H. Alsup
United States District Judge

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 4
Case No. 06-06710

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER